# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ROBERT A. DERBY, SR.,**

    **Plaintiff,**

  vs.

**ANDREW SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

CIV. NO. 19-053-KRS

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Defendant, the Commissioner of Social Security, by and through his counsel, has filed an unopposed motion with this Court (Doc. 20), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings as set forth above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE